**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 11 2020

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  |
| Plaintiff, | ) Cr. No. 20-1565 JB |
| vs. | ) 18 U.S.C. §§ 1153 and 1112: |
| **FELIX CURTIS,** | ) Involuntary Manslaughter. |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

On or about September 14, 2019, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **FELIX CURTIS**, an Indian, unlawfully killed John Doe, while in the commission of an unlawful act not amounting to a felony, that is while: (1) violating New Mexico's statute prohibiting driving under the influence of intoxicating liquor, N.M. Stat. Ann. § 66 8-102 (1978), by operating a motor vehicle with a blood alcohol concentration of eight one hundredths or more within three hours of driving; and (2) violating New Mexico's statute prohibiting reckless driving, N.M. Stat. Ann. § 66-8-113 (1978), by operating a motor vehicle without due caution and circumspection and with a wanton and reckless disregard for human life when he knew and should have known that his conduct imperiled the lives of others.

In violation of 18 U.S.C. §§ 1153 and 1112.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney