# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable **GREGORY J. FOURATT**

CRIMINAL CLERK'S MINUTES at Las Cruces
**(VIA ZOOM VIDEOCONFERENCE)**

| Case Number: | **CR 20-1565 JB** | Date: | **9/18/2020** | Recording Information: | **LCR SIERRA BLANCA** |
|---|---|---|---|---|---|
| Clerk: | **C. ALVAREZ** | Type of Hearing: | | | **INITIAL APPEARANCE** |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **FELIX CURTIS** | **RACHEL NATHANSON, AFPD STANDING IN** | ☐ | ☐ |
| | | ☐ | ☐ |

| Assistant U.S. Attorney: | **RACHEL FEUERHAMMER** | Interpreter: | **N/A** | |
|---|---|---|---|---|
| Pretrial Officer: | **LAURA GARIBAY** | Court in Session: | **10:59-11:10 A.M. (11 min)** | |

| | |
|---|---|
| ☐ | Agent sworn in open Court |
| ☒ | Court questions Defendant regarding his/her physical and mental condition, age, education |
| ☒ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☒ | ORAL Motion for Detention Hearing by Government |
| ☒ | Court grants ☒ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☒ | Set for Arraignment/Detention on 9/23/2020 at 9:00 A.M. (Sierra Blanca Courtroom); Defendant to be interviewed by Pretrial Services. |
| ☒ | Defendant in custody |
| ☐ | Conditions of Release continued on Page 2 |
| ☒ | **Other: DEFENSE COUNSEL ADDRESSES COURT AND PROFFERS FOR IMMEDIATE RELEASE; CITES 18:3142(F) FACTORS. GOVERNMENT RESPONDS, GIVES BACKGROUND OF CASE. COURT WILL SET ARRAIGNMENT/DETENTION HEARING ON WEDNESDAY, 9/23 AT 9:00 A.M. DEFENDANT WILL BE INTERVIEWED.** |