# CLERK'S MINUTE SHEET
# (ZOOM VIDEOCONFERENCE)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

Before the Honorable Gregory J. Fouratt

Arraignment/Detention

| | | | |
|---|---|---|---|
| Case Number: | CR 20-1565 JB | UNITED STATES vs. CURTIS | |
| Hearing Date: | 9/23/2020 | Time In and Out: | 10:29 – 10:53 a.m. (24 min) |
| Courtroom Deputy: | C. ALVAREZ | Digital Recording: | SIERRA BLANCA |
| Defendant: | FELIX CURTIS | Defendant's Counsel: | ALONZO PADILLA |
| AUSA: | RY ELLISON | Pretrial/Probation: | RAMON DIAZ |
| Interpreter: | N/A | | |

## Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: 10/14/2020
- ☒ Parties agree Standing Discovery Order to be electronically entered   ☐ Discovery Order previously entered   ☐ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days
- ☒ Case assigned to: Judge Browning
- ☒ Trial will be scheduled by presiding judge   ☐ Trial currently set
- ☐ Defendant waives Detention Hearing

## Custody Status

- ☐ Defendant will remain in custody
- ☒ Defendant released on conditions – see page 2

## Other

- ☐

| | **CONDITIONS OF RELEASE** | | |
|---|---|---|---|
| ☒ | Bond set: $10,000 unsecured | ☒ | Avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including co-defendants. |
| ☒ | Defendant released to the third party custody of: **LA PASADA HALFWAY HOUSE in Albuquerque, New Mexico** | ☐ | Participate in mental health assessment/treatment/counseling as directed. |
| ☐ | Defendant must reside with the Third Party Custodian. | ☒ | Defendant must maintain residence at the halfway house and comply will all facility rules. |
| ☒ | Defendant must not violate federal, state, tribal or local law while on release. | ☒ | Not possess a firearm, destructive device, or other dangerous weapon. |
| ☒ | Defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a. | ☒ | Refrain from the use of alcohol, and submit to random alcohol screening as directed by Pretrial Services. |
| ☒ | Defendant must advise the Court or the Pretrial Services office or supervising officer in writing before making any change of residence or telephone number. | ☒ | Not use or unlawfully possess a narcotic drug or other controlled substances, unless prescribed by a licensed medical practitioner. |
| ☒ | Defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the Court may impose. | ☒ | Submit to random drug screening as directed by Pretrial Services and not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing. |
| ☒ | Defendant must sign an Appearance Bond, if ordered. | ☒ | Participate in a program of substance abuse treatment as directed by Pretrial Services. |
| ☒ | Report to Pretrial Services for supervision, as directed. | ☐ | Participate in the location monitoring program as directed by pretrial services and comply with all of the program requirements and instructions, employing the following technology and component:<br>Technology: **Radio Frequency (RF)**<br>            **Active Global Positioning System (GPS)**<br>Component: **Curfew (hours: 18:00-06:00)**<br>            **Home Detention**<br>            **Home Incarceration**<br>Defendant must pay all or part of the cost of the program based on ability to pay. |
| ☒ | Continue or actively seek employment and/or enroll in a GED program. | ☒ | Report as soon as possible, to Pretrial Services, every contact with law enforcement personnel, including arrests, questioning, or traffic stops. |
| ☒ | Not obtain a passport other international travel documents. | ☐ | Refrain from the use and possession of synthetic cannabinoids or legally sold designer drugs. |
| ☒ | Travel restricted to county of residence, with direct travel to Las Cruces, NM for court hearings and meet with attorney; Pretrial is authorized to expand travel; No travel to Mexico. | ☒ | Other: Due to the Covid 19 pandemic, La Pasada is requiring defendants remain in custody for 20 days in order to address any possible symptoms, prior to being released to the hallway house. |