IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                No. 20CR1565 JB

FELIX CURTIS,

        Defendant.

## **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

Felix Curtis, through undersigned counsel, moves the Court for an order to continue the sentencing hearing current set for September 7, 2021, and associated deadlines for approximately forty-five days. The government does not oppose this motion. In support of this motion, Mr. Curtis states the following:

Undersigned counsel recently entered his appearance for Mr. Curtis on July 12, 2021, upon the retirement of previously-assigned counsel. Until recently, Mr. Curtis had been in the hospital recuperating from a serious injuries. Counsel has met with Mr. Curtis and begun his investigation into and preparation of a sentencing memorandum, but requires additional time to prepare for sentencing, to meet with and interview family members of Mr. Curtis, and to gather information that counsel believes will be material to the Court's determination of the appropriate sentence.

A sentencing hearing is currently scheduled for September 7, 2021. Counsel believes that he will need approximately forty-five days from the currently-scheduled sentencing date

to prepare for sentencing, and requests that the sentencing date be continued for at least forty-five days to allow for adequate preparation for that hearing.

Counsel for the government, David Cowen, does not oppose this motion.

WHEREFORE, Mr. Curtis, by and through undersigned counsel, respectfully requests that this Court continue the sentencing hearing and associated deadlines for forty-five days.

>Respectfully Submitted,
>FEDERAL PUBLIC DEFENDER
>111 Lomas Blvd NW, Suite 501
>Albuquerque, New Mexico 87102
>(505) 346-2489
>Fax (505) 346-2494
>
>***Electronically filed***
>/s/ Hans P. Erickson
>Assistant Federal Public Defender