IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                      No. 20CR1565 JB

FELIX CURTIS,

        Defendant.

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE RESTITUTION HEARING

Felix Curtis, through counsel, requests that the Court vacate and reset the restitution hearing currently scheduled for Monday, February 28, 2022. The government is not opposed to this request.

The Court set this matter for hearing at the time of Mr. Curtis' sentencing on November 29, 2021 because the victim's family required additional time to calculate and document their claim of restitution. Probation filed a Second Addendum to Presentence Investigation Report (doc. 59) on February 23, 2022, which included an estimate of restitution and documentation of that claim. Mr. Curtis is incarcerated at the Otero County Prison Facility in Chaparral, NM. Defense counsel has arranged to speak with Mr. Curtis by phone at 5:00PM on Friday, February 25, 2022, which will be the first time Mr. Curtis learns of the victim's family's claim for restitution.

Defense counsel believes that Mr. Curtis may wish to appear for this hearing remotely, in order to avoid the inconvenience and probable discomfort of being transported

to Albuquerque in shackles. He may also decide that no hearing is required if he agrees with the amount of restitution claimed.

Defense counsel requests that the Court move the restitution hearing until the end of next week, or until such time as is convenient for the Court, so that Mr. Curtis can consult with counsel and meaningfully consider the restitution claim prior to any hearing.

AUSA Kyle Nayback is not opposed to this request.

>Respectfully Submitted,
>FEDERAL PUBLIC DEFENDER
>111 Lomas Blvd NW, Suite 501
>Albuquerque, New Mexico 87102
>(505) 346-2489
>Fax (505) 346-2494
>
>***Electronically filed***
>/s/ Hans P. Erickson
>Assistant Federal Public Defender